**Opinion issued November 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00709-CV

————————————

## ROYCE HASSELL, Appellant

## V.

## MICHAEL HASSELL, PHILLIP HASSELL, SHAWN HASSELL POTTS, AND JASON HASSELL, Appellees

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 2016-87708

## MEMORANDUM OPINION

On August 23, 2018, this appeal was stayed pursuant to a notice of suggestion of bankruptcy filed by appellant, Royce Hassell. Appellant, representing that this appeal has been "mooted by the Bankruptcy Court's retention of the companion District Court Case," has filed an unopposed motion with this Court requesting that

his appeal be reinstated and dismissed. *See* TEX. R. APP. P. 8.3(a), 42.1(a). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a), (c). Although appellant did not include a certificate of conference in his motion, he states in the motion that the relief he requests in the motion is unopposed. *See* TEX. R. APP. P. 10.3(a)(2). The parties have also agreed that they will bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d).

Accordingly, we grant appellant's motion, reinstate the appeal on the Court's active docket, and dismiss the appeal. *See* TEX. R. APP. P. 8.3(a), 42.1(a), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Hightower, and Countiss.